QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LAMONT YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br> LAMONT YOUNG,               )<br>                             )<br>          Defendant.         )<br> _____ ) | CR S-04-0426 GEB<br><br>**STIPULATION AND ORDER** |

        Plaintiff United States of America, by its counsel Assistant United States Attorney Richard J. Bender, and defendant Lamont Young, by his counsel Federal Defender Quin Denvir, hereby stipulate and agree that the trial confirmation hearing date of April 29, 2005 and the jury trial date of May 24, 2005 should be vacated and the case set for status conference on Friday, May 13, 2005 at 9:00 a.m.  The parties are discussing a possible resolution without trial. Furthermore, if the case goes to trial, the defense will require forensic testing prior to trial.  The parties stipulate and agree that

1  time should be excluded through May 13, 2005 under Local Code T-4.

                                    Respectfully submitted,

                                    MCGREGOR SCOTT
                                    United States Attorney


DATED: April 27, 2005               /s/ Quin Denvir
                                    Telephonically authorized to sign for
                                    RICHARD J. BENDER
                                    Assistant United States Attorney


DATED: April 27, 2005               /s/ Quin Denvir
                                    QUIN DENVIR
                                    Federal Defender


                                  **O R D E R**


       WHEREFORE, FOR GOOD CAUSE SHOWN, it is so ordered.

Dated:  April 27, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge