```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LAMONT YOUNG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-04-0426 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| LAMONT YOUNG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      Plaintiff United States of America, by its counsel Assistant United States Attorney Richard J. Bender, and defendant Lamont Young, by his counsel Federal Defender Quin Denvir, hereby stipulate and agree that the status conference calendared for May 20, 2005 should be continued to Friday, May 27, 2005 at 9:00 a.m.  The defendant is considering a proposed plea agreement.  The parties stipulate and agree that time should be excluded through May 27, 2005 under Local Code T-4.

                                    Respectfully submitted,

                                    MCGREGOR SCOTT
                                    United States Attorney

DATED: May 19, 2005         /s/ Quin Denvir
                                    Telephonically authorized to sign for
                                    RICHARD J. BENDER
                                    Assistant United States Attorney

1

DATED: May 19, 2005          /s/ Quin Denvir
                             QUIN DENVIR
                             Federal Defender

**O R D E R**

    WHEREFORE, FOR GOOD CAUSE SHOWN, it is so ordered.

Dated:  May 19, 2005

                             /s/ Garland E. Burrell, Jr.
                             GARLAND E. BURRELL, JR.
                             United States District Judge